Case 04-36514    Doc 33    Filed 10/04/07    Entered 10/04/07 18:44:21    Desc Main
                              Document      Page 1 of 2

```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 36514
   BRIAN HICKS
   NICOLE HICKS                                CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-4956    SSN XXX-XX-2465

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/01/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
LANGER TRANSPORT             SECURED              .00          .00           .00
NET BANK                     CURRENT MORTG        .00          .00           .00
NET BANK                     MORTGAGE ARRE    6577.67          .00       6577.67
TRIAD FINANCIAL              SECURED         11015.00       434.10      11015.00
TRIAD FINANCIAL              UNSECURED        7303.36          .00       7303.36
ADVANCE TIL PAYDAY           UNSECURED       NOT FILED        .00           .00
ADVANCE TIL PAYDAY           UNSECURED         882.00          .00        882.00
AMERICASH LOANS LLC          UNSECURED         464.00          .00        464.00
CONSUMER FINANCE CORP        UNSECURED       NOT FILED        .00           .00
FIRST NATIONAL CREDIT CA     UNSECURED       NOT FILED        .00           .00
FIRST NATIONAL CREDIT CA     NOTICE ONLY    NOT FILED        .00           .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         531.91          .00        531.91
HOUSEHOLD                    NOTICE ONLY    NOT FILED        .00           .00
INSTANT CASH ADVANCE         UNSECURED       NOT FILED        .00           .00
LOAN EXPRESS CO              UNSECURED       NOT FILED        .00           .00
MXENERGY                     UNSECURED       NOT FILED        .00           .00
NATIONAL QUICK CASH          UNSECURED       NOT FILED        .00           .00
NICOR GAS                    UNSECURED        1632.33          .00       1632.33
PDL FINANCIAL SERVICES       UNSECURED         286.10          .00        286.10
PAYDAY LOAN STORE            NOTICE ONLY    NOT FILED        .00           .00
PDL FINANCIAL SERVICES       UNSECURED         397.47          .00        397.47
PAYDAY LOANS INC             NOTICE ONLY    NOT FILED        .00           .00
PDL FINANCIAL SERVICES       UNSECURED       NOT FILED        .00           .00
AT & T BANKRUPCTY            UNSECURED         347.44          .00        347.44
SBC MIDWEST                  NOTICE ONLY    NOT FILED        .00           .00
SPECIALTY MERCHANDISE CO     UNSECURED         340.00          .00        340.00
ST JAMES HOSPITAL & HEAL     UNSECURED       NOT FILED        .00           .00
ST JAMES HOSPITAL            NOTICE ONLY    NOT FILED        .00           .00
STEALTH ALARMS               UNSECURED       NOT FILED        .00           .00
STEALTH ALARM                NOTICE ONLY    NOT FILED        .00           .00
SUN CASH                     UNSECURED       NOT FILED        .00           .00
SUN CASH                     UNSECURED       NOT FILED        .00           .00
```

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 36514 BRIAN HICKS & NICOLE HICKS

```
TCF NATIONAL BANK          UNSECURED       NOT FILED              .00              .00
TCF NATIONAL BANK          NOTICE ONLY     NOT FILED              .00              .00
US CELLULAR                UNSECURED       NOT FILED              .00              .00
US CELLULAR                NOTICE ONLY     NOT FILED              .00              .00
US CELLULAR                UNSECURED       NOT FILED              .00              .00
US CELLULAR                NOTICE ONLY     NOT FILED              .00              .00
USA PAYDAY LOANS           UNSECURED       NOT FILED              .00              .00
WELL GROUP HEALTH PARTNE   UNSECURED       NOT FILED              .00              .00
WELL GROUP HEALTH PARTNE   NOTICE ONLY     NOT FILED              .00              .00
PDL FINANCIAL SERVICES     UNSECURED             .00              .00              .00
STUART B HANDELMAN         DEBTOR ATTY     1,101.00                          1,101.00
TOM VAUGHN                 TRUSTEE                                           1,737.86
DEBTOR REFUND              REFUND                                                1.76
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 33,052.00

PRIORITY                                                .00
SECURED                                           17,592.67
    INTEREST                                         434.10
UNSECURED                                         12,184.61
ADMINISTRATIVE                                     1,101.00
TRUSTEE COMPENSATION                               1,737.86
DEBTOR REFUND                                          1.76
                        ---------------         ---------------
TOTALS                  33,052.00                 33,052.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/04/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE